**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FEB 17 2021

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ZACHARY SILBERSHER, Relator, | No. 20-16176 |
| Plaintiff-Appellant, | D.C. No. 3:18-cv-01496-JD |
| and | Northern District of California, San Francisco |
| UNITED STATES OF AMERICA, ex rel.; et al., | ORDER |
| Plaintiffs, | |
| v. | |
| VALEANT PHARMACEUTICALS INTERNATIONAL, INC.; et al., | |
| Defendants-Appellees, | |
| _____ | |
| FLAT LINE CAPITAL, LLC, | |
| Intervenor-Pending. | |
| ZACHARY SILBERSHER, Relator, | No. 20-16256 |
| Plaintiff-Appellee, | D.C. No. 3:18-cv-01496-JD |
| and | |
| UNITED STATES OF AMERICA, ex rel.; et al., | |
| Plaintiffs, | |

AT/MOATT

v.

VALEANT PHARMACEUTICALS INTERNATIONAL, INC.; et al.,

    Defendants,

and

DR. FALK PHARMA GMBH,

    Defendant-Appellant,

_____

FLAT LINE CAPITAL, LLC,

    Intervenor-Pending.

Before: CANBY, GRABER, and FRIEDLAND, Circuit Judges.

The motion of Flat Line Capital, LLC ("Flat Line"), to intervene in these cross-appeals (Docket Entry No. 32) is denied. *See* 31 U.S.C. § 3730(b)(5). Flat Line's alternative motion for permission to file an amicus curiae brief is referred to the panel assigned to decide the merits of this appeal.

Flat Line's proposed amicus curiae brief is due March 22, 2021.

The previously established briefing schedule remains in effect.