**FILED**

MAY 13 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| ZACHARY SILBERSHER, Relator, Plaintiff-Appellant, and UNITED STATES OF AMERICA, ex rel.; et al., Plaintiffs, v. VALEANT PHARMACEUTICALS INTERNATIONAL, INC.; et al., Defendants-Appellees. | No. 20-16176 D.C. No. 3:18-cv-01496-JD Northern District of California, San Francisco ORDER |
| ZACHARY SILBERSHER, Relator, Plaintiff-Appellee, and UNITED STATES OF AMERICA, ex rel.; et al., Plaintiffs, v. VALEANT PHARMACEUTICALS INTERNATIONAL, INC.; et al., | No. 20-16256 D.C. No. 3:18-cv-01496-JD |

|  |
|---|
| Defendants, <br><br> and <br><br> DR. FALK PHARMA GMBH, <br><br> Defendant-Appellant. |

The motion of Flat Line Capital, LLC (FLC) for leave to file an amicus curiae brief (Docket Entry No. 32) is denied. FLC's motion for judicial notice (Docket Entry No. 34) is denied as moot.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Omar Cubillos
Deputy Clerk
Ninth Circuit Rule 27-7

2